TRIAL COURT CASE NO. _____

|   |   |
|---|---|
| § | IN THE DISTRICT COURT |
| § | |
| § | _____ COUNTY, TEXAS |
| § | |
| § | |
| § | _____ JUDICIAL DISTRICT |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/4/2025 9:06:20 AM
CHRISTOPHER A. PRINE
Clerk

# DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: _____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed: _____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment: _____

Name of court reporter: _____

 Address of court reporter: _____

Name of attorney on appeal: _____ SB#: _____

 Attorney Address: _____

 Attorney E-Mail Address: _____

 Attorney on appeal (check applicable box):

 ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney: _____ SB#_____

 Attorney Address: _____

 Attorney E-Mail Address: _____

**<u>Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:</u>**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____      By:_____(clerk's initials)